**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00346-CV**

_____

**WOW FOOD CONCEPTS, LLC D/B/A CHEDDAR'S, Appellant**

**V.**

**PATRINA MCCOY, Appellee**

_____

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-195,687**

_____

**MEMORANDUM OPINION**

The appellant, WOW Food Concepts, LLC d/b/a Cheddar's, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 19, 2014
Opinion Delivered November 20, 2014

Before McKeithen, C.J., Kreger and Johnson, JJ.